# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

AKHNATEN CASEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1949

————————————————

April 19, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.